# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20MJ0090-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| JOSEPH ABRAHAM MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 1. Failed to Appear for a Review Hearing; 2. Failed to file a status report two weeks prior to his review hearing regarding his performance on probation as ordered by the court; 3. Failed to pay his monthly fine payments timely as ordered by the court.

**Sentence Date:** November 18, 2021

**Review Hearing Date:** April 21, 2022

**Probation Expires On:** May 31, 2022

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $250.00 which Total Amount is made up of a Fine: $ 250.00 Special Assessment: $ 0.00 Processing Fee: $ $0 Restitution: $ 0.00

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

      If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                                                  Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☐  The Government agrees to the above-described compliance.

☒  The Government disagrees with the following area(s) of compliance:  On/about December 3, 2021 defendant was arrested/cited for driving with a suspended license in violation in CVC 14601.2(a). It appears he was sentenced to 1 year of probation, ordered to pay a fine, and complete a work program

Government Attorney:  /s/ Jeffrey A. Spivak, Assistant U.S. Attorney 4/15/2022

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 4/21/2022 at 10:00 am

  ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒  be vacated.

☐  that Defendant's appearance for the review hearing be waived.

DATED:  4/13/2022

_____
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐  GRANTED.  The Court orders that Choose an item.

☒  DENIED.

IT IS SO ORDERED.

Dated:  **April 19, 2022**

_____
UNITED STATES MAGISTRATE JUDGE