# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. MUNOZ,<br><br>Defendant. | Case No. 1:20-mj-00090-SAB-1<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT PROBATION REVIEW HEARING<br><br>(ECF No. 17)<br><br>THREE DAY DEADLINE |

On April 21, 2022, the Court held a probation review hearing. (ECF No. 17.) Counsel for the Defendant, Ian Hargus, did not make an appearance at the hearing, despite being present at the November 19, 2021 hearing, when the Court set the date of the probation review hearing. (ECF No. 14.) Further, the Court previously advised counsel of the need to register their information on the docket for this action in order to receive electronic notifications of filings, however, counsel has not done so.

The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000). Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Counsel for the Government shall show cause in writing why sanctions should not be imposed for the failure to appear at the January 24, 2022 hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. **Within three days of service of this order**, counsel for the Defendant, Ian Hargus, shall show cause in writing why sanctions should not be imposed for the failure to appear at the April 21, 2022 hearing; and

2. The Clerk of the Court shall serve this order on counsel Ian Hargus at their last known address, if previously provided to the Court, or otherwise serve counsel at the address registered with the State Bar of California: 5250 Lankershim Blvd, Ste 500, N Hollywood, CA 91601-3187.

IT IS SO ORDERED.

Dated: __**April 21, 2022**__

UNITED STATES MAGISTRATE JUDGE