# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH A. MUNOZ,<br><br>　　　　　Defendant. | Case No. 1:20-mj-00090-SAB-1<br><br>ORDER AMENDING JULY 7, 2022 ORDER AND DIRECTING CLERK OF COURT TO REFUND OVERPAYMENT OF $150 TO KRYSTAL MAGALLON<br><br>(ECF No. 31) |

　　　　The Court imposed sanctions in this matter against Defendant's former counsel Ian Hargus. (ECF No. 30.) On July 7, 2022, upon receipt of a payment for sanctions, the Court discharged further daily sanctions in this matter and directed the Clerk of the Court to refund counsel Ian Hargus $150, the amount overpaid. (ECF No. 31.) The Court has been notified by Mr. Hargus' office that Mr. Hargus has passed away. (ECF No. 32.) The check that was received for the sanctions amount was issued by a "Krystal Magallon." The Court finds it appropriate to direct that the refund amount be issued back to Krystal Magallon, rather than Ian Hargus.

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's July 7, 2022 order is AMENDED; and
2. The Clerk of the Court is DIRECTED to issue the $150 refund to Krystal Magallon.

IT IS SO ORDERED.

Dated: __**July 26, 2022**__

UNITED STATES MAGISTRATE JUDGE