# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-mj-00090-SAB-1 |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| JOSEPH A. MUNOZ, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 4.23(a)(2); 36 CFR § 4.14(b)

**Sentence Date:** November 23, 2022

**Review Hearing Date:** April 20, 2023

**Probation Expires On:** May 17, 2023

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $250 which Total Amount is made up of a Fine: $ 250 Special Assessment: $   Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $   per month by the   of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

 If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
 ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
  Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ Chan Hee Chu, 4/06/2023

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/20/2023 at 10 am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  4/6/2023                                             /s/ Laura Myers
                                                                                   DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **April 6, 2023**

UNITED STATES MAGISTRATE JUDGE